IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE EBURUOH,<br><br>               Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 20-6188 |

**ORDER**

**AND NOW**, this 3rd day of August 2021, upon consideration of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss the Complaint (Doc. No. 6), Plaintiff Lawrence Eburuoh's Opposition to Defendant's Motion (Doc. No. 7), Defendant's Reply to Plaintiff's Opposition (Doc. No. 10), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 6) is **GRANTED**.

2. The Clerk of Court shall close the case for statistical purposes.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky_____
                                        JOEL H. SLOMSKY, J.